MORGAN B. GARLOCK, as Receiver of the HOLBROOK INSOLE COMPANY, Respondent, *v.* FIRE ASSOCIATION OF PHILADELPHIA, Appellant.

*Garlock* v. *Fire Association of Philadelphia*, 131 App. Div. 925, affirmed.
(Argued December 14, 1909; decided January 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 31, 1909, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict and affirming an order denying a motion for a new trial in an action to recover upon a policy of fire insurance.

*Ralph S. Kent* for appellant.

*Eugene M. Bartlett* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J.; GRAY, EDWARD T. BARTLETT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.